IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| LINFO IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>DYLN, INC.,<br>    Defendant | Civil Action No. 7:24-cv-00302-DC-DTG<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Linfo IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 6, 2025

    Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Linfo IP, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that January 6, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

> */s/ William P. Ramey, III*
> William P. Ramey, III